UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JOE WALLACE

    Plaintiff

v.

FISHER & LUDLOW, INC.

    Defendant                      Case 12-cv-977-DRH-PMF

## ORDER

**HERNDON, Chief Judge:**

The Court, on the Motion of plaintiff's counsel, hereby allows Attorney, Greg Roosevelt to withdraw from further representation of plaintiff, Joe Wallace.

Attorney, Greg Roosevelt is to mail a copy of this Order to Joe Wallace. Plaintiff is advised that he must obtain other counsel within 21 days of entry of an order of withdrawal. The plaintiff, JOE WALLACE, must file or cause counsel to file with the clerk of the court a supplementary appearance that provides an address at which the party or the new counsel may receive service of documents related to the case. The last known address for plaintiff is 616 N. Jackson, Litchfield, IL 62056

**IT IS SO ORDERED.**

Signed this 1st day of October, 2013.

Digitally signed by David R. Herndon
Date: 2013.10.01 15:48:08 -05'00'

                                                    **Chief Judge**
                                                    **U.S. District Court**