UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JOE WALLACE,

    Plaintiff,

v.

FISHER & LUDLOW, INC,

    Defendant.                            No. 12-cv-977-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court pursuant to defendant's Motion for Summary Judgment filed on October 9, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order dismissing case entered on January 13, 2014 (Doc. 39), judgment is entered in favor of defendant and against plaintiff. Plaintiff's claims are **DISMISSED with prejudice**.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT

                                  BY:    /s/*Sara Jennings*
                                                Deputy Clerk

**Dated:** January 13, 2014

Digitally signed by David R. Herndon
Date: 2014.01.13 11:35:23 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT